THE GERBEREUX COMPANY, Respondent, v. ERNEST ZIMMERMAN, Appellant.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of BRIDGET CLANCY, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of JAMES S. GWATHMEY, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of JOSEPH H. GWATHMEY, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of PETER P. HENCKEL, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of LOUIS LEAVITT, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of DELIA MALONEY, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of PATRICK REILLY, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of GEORGE J. SCHARF, Respondent, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of CAROLINE SIMON, JOSEPH SIMON and WILLIAM SIMON, Respondents, for a Peremptory Writ of Mandamus, etc. (Celtic Avenue, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

In the Matter of the Application of the STATE COMMISSION OF PRISONS, with Respect to Affairs of NASSAU COUNTY JAIL, Petitioner, v. BOARD OF SUPERVISORS OF NASSAU COUNTY, Respondent.— Motion to confirm report of official referee granted. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ. Settle order before the presiding justice on five days' notice.

In the Matter of the Arbitration of and Concerning Certain Matters in Difference between WOLZ ESTATES, INC., and BARNE SILVER, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.